743 A.2d 452

**Raymond J. BRITTON, Jr., Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

Jan. 20, 2000.

### ORDER

PER CURIAM.

**AND NOW,** this 20 th day of January, 2000, the Order of the Commonwealth Court is affirmed.